Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−21040−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Robert M Joyce
0−132 Yerger Road
Fair Lawn, NJ 07410

Stacie L Joyce
0−132 Yerger Road
Fair Lawn, NJ 07410

Social Security No.:
xxx−xx−0278                                    xxx−xx−6174

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:             7/18/19
Time:             08:30 AM
Location:         Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

     An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

     **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: June 14, 2019
JAN: wdh

Jeanne Naughton
Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 19-21040-VFP
Robert M Joyce                                                        Chapter 13
Stacie L Joyce
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2         User: admin              Page 1 of 2         Date Rcvd: Jun 14, 2019
                             Form ID: 132             Total Noticed: 41

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 16, 2019.
```
db/jdb         +Robert M Joyce,   Stacie L Joyce,   0-132 Yerger Road,   Fair Lawn, NJ 07410-4611
518278429    ++++ASPIRE/CB&T,   9 CORPORATE RIDGE PKWY,   COLUMBUS GA  31907-3049
               (address filed with court: Aspire/cb&t,   9 Mutec Dr,   Columbus, GA 31907)
518278425      +American Express,   c/o Radius Global Solutions,   500 Franklin Turnpike,   Suite 200,
                 Ramsey, NJ 07446-1178
518278426      +American Express,   c/o Nationwide Credit,   PO Box 14581,   Des Moines, IA 50306-3581
518278427      +American Express,   c/o GC Services,   PO Box 46960,   Saint Louis, MO 63146-6960
518278428      +American Express Legal,   500 N Franklin Tpk,   PO Box 278,   Ramsey, NJ 07446-0278
518278430     ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
               (address filed with court: Bank Of America,   Attn: Bankruptcy,   Po Box 982238,
                 El Paso, TX 79998)
518278431      +Barclays Bank Delaware,   Attn: Correspondence,   Po Box 8801,   Wilmington, DE 19899-8801
518278434      +Chase Bank,   c/o United Collection Bureau,   PO Box 1418,   Maumee, OH 43537-8418
518278435      +Chase Card Services,   Correspondence Dept,   Po Box 15298,   Wilmington, DE 19850-5298
518278438      +El Cid Vacations Club,   c/o Monterey Collections,   4095 Avenida De La Plata,
                 Oceanside, CA 92056-5802
518278439      +El Cid Vacations Trust,   PO Box 96058,   Las Vegas, NV 89193-6058
518278442      +LVNV Funding LLC,   c/o Valentine & Kebartas, LLC,   PO Box 325,   Lawrence, MA 01842-0625
518278443      +Macy's,   c/o Credit Control LLC,   PO Box 31179,   Tampa, FL 33631-3179
518278445      +Navient,   Attn: Bankruptcy,   Po Box 9000,   Wiles-Barr, PA 18773-9000
518278446      +Quicken Loans,   662 Woodward Avenue,   Detroit, MI 48226-3433
518278447      +Santander Consumer USA,   Attn: Bankruptcy,   Po Box 961245,   Fort Worth, TX 76161-0244
518278448      +Sofi Lending Corp,   Attn: Bankruptcy,   375 Healdsburg Avenue Suite 280,
                 Healdsburg, CA 95448-4151
518278449      +Synchrony Bank,   c/o FMS Inc.,   PO Box 707600,   Tulsa, OK 74170-7600
518278452      +Tnb-Visa (TV) / Target,   C/O Financial & Retail Services,   Mailstop BV   PO Box 9475,
                 Minneapolis, MN 55440-9475
518278454      +Verizon,   c/o North Shore Agency,   PO Box 3002,   Phoenixville, PA 19460-3002
518278453      +Verizon,   c/o Convergent,   PO Box 9004,   Renton, WA 98057-9004
518278455      +Visa Dept Store National Bank/Macy's,   Attn: Bankruptcy,   Po Box 8053,   Mason, OH 45040-8053
518278456     ++WELLS FARGO BANK NA,   1 HOME CAMPUS,   MAC X2303-01A,   DES MOINES IA 50328-0001
               (address filed with court: Wells Fargo Bank,   Attn: Bankruptcy Dept,   Po Box 6429,
                 Greenville, SC 29606)
518278457      +Wells Fargo/Bob's Discount Furniture,   Attn: Bankruptcy,   Po Box 10438,
                 Des Moines, IA 50306-0438
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 14 2019 22:38:15      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 14 2019 22:38:13      United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jun 14 2019 22:44:18
                 BMW Bank of North America,   4515 N Santa Fe Ave.,   Oklahoma City, OK 73118-7901
cr             +E-mail/PDF: gecsedi@recoverycorp.com Jun 14 2019 22:44:15
                 Synchrony Bank, c/o PRA Recievables Management, LL,   POB 41021,   Norfolk, VA 23541-1021
518290347      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jun 14 2019 22:44:17
                 BMW Bank of North America,   AIS Portfolio Services, LP,   4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK 73118-7901
518278432       E-mail/PDF: ais.bmw.ebn@americaninfosource.com Jun 14 2019 22:44:35      BMW Financial Services,
                 PO Box 9001065,   Louisville, KY 40290
518278433      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 14 2019 22:44:03      Capital One,
                 Attn: Bankruptcy,   Po Box 30285,   Salt Lake City, UT 84130-0285
518297248      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 14 2019 22:44:25
                 Capital One Bank (USA), N.A.,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
518278436      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 14 2019 22:38:10      Comenity Bank/Lane Bryant,
                 Attn: Bankruptcy,   Po Box 182125,   Columbus, OH 43218-2125
518290116       E-mail/Text: mrdiscen@discover.com Jun 14 2019 22:37:55      Discover Bank,
                 Discover Products Inc,   PO Box 3025,   New Albany, OH  43054-3025
518278437      +E-mail/Text: mrdiscen@discover.com Jun 14 2019 22:37:55      Discover Financial,   Po Box 3025,
                 New Albany, OH 43054-3025
518278441      +E-mail/Text: bk@lendingclub.com Jun 14 2019 22:38:24      LendingClub,   Attn: Bankruptcy,
                 71 Stevenson St, Ste 1000,   San Francisco, CA 94105-2967
518278444      +E-mail/Text: M74banko@daimler.com Jun 14 2019 22:38:35      Mercedes-Benz Financial Services,
                 Po Box 685,   Roanoke, TX 76262-0685
518278984      +E-mail/PDF: gecsedi@recoverycorp.com Jun 14 2019 22:44:33      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
518278450      +E-mail/PDF: gecsedi@recoverycorp.com Jun 14 2019 22:44:14      Synchrony Bank/Gap,
                 Attn: Bankruptcy Dept,   Po Box 965060,   Orlando, FL 32896-5060
518278451      +E-mail/PDF: gecsedi@recoverycorp.com Jun 14 2019 22:44:02      Synchrony Bank/PC Richards & Sons,
                 Attn: Bankruptcy Dept,   Po Box 965060,   Orlando, FL 32896-5060
                                                                                              TOTAL: 16
```

```
District/off: 0312-2          User: admin               Page 2 of 2                Date Rcvd: Jun 14, 2019
                              Form ID: 132              Total Noticed: 41
```

```
             ***** BYPASSED RECIPIENTS (continued) *****

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518278440       Internal Revenue Service
                                                                                             TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2019                                       Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 14, 2019 at the address(es) listed below:
```
          Jeffrey W. Herrmann    on behalf of Joint Debtor Stacie L Joyce jwh@njlawfirm.com,
           ap@njlawfirm.com;md@njlawfirm.com;r57289@notify.bestcase.com
          Jeffrey W. Herrmann    on behalf of Debtor Robert M Joyce jwh@njlawfirm.com,
           ap@njlawfirm.com;md@njlawfirm.com;r57289@notify.bestcase.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Rebecca Ann Solarz    on behalf of Creditor    QUICKEN LOANS INC. rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                            TOTAL: 5
```