UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
COHN LIFLAND PEARLMAN
HERRMANN & KNOPF LLP
Attorneys for Debtors
Park 80 West-Plaza One
250 Pehle Avenue, Suite 401
Saddle Brook, New Jersey 07663
(201)845-9600
Our File:

Order Filed on March 14, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

ROBERT M. JOYCE
and STACIE L. JOYCE,

       Debtors.

Case No.: 19-21040

Chapter 13

Judge: Vincent F. Papalia

Hearing Date: February 17, 2022

## ORDER APPROVING DEBTORS' COVID-19 PAYMENT DEFERRAL AGREEMENT WITH QUICKEN LOANS

The relief set forth on the following pages, numbered two (2) through (2) is hereby **ORDERED**.

**DATED: March 14, 2022**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Page 2

Debtor:         ROBERT M. JOYCE AND STACIE L. JOYCE
Case No.:       19-21040(VFP)
Caption of Order:   **ORDER APPROVING DEBTORS' COVID-19 PAYMENT DEFERRAL WITH QUICKEN LOANS**

---

This matter having been brought before the Court by COHN LIFLAND PEARLMAN HERRMANN & KNOPF LLP, attorneys for debtors Robert M. Joyce and Stacie L. Joyce ("Debtors"), upon notice to KML Law Group, P.C., attorneys for secured creditor Quicken Loans, for a motion to approve Debtors' Covid-19 Payment Deferral Agreement with Quicken Loans; having read any opposition papers and heard oral argument (if any), and for good cause shown;

It is ORDERED as follows:

1.  The Motion is granted as set forth herein.

2.  The Covid-19 Payment Deferral Agreement made on November 18, 2020, with all the terms set forth therein between Quicken Loans and Debtors is hereby approved. Said terms of the deferment as made a part of the Mortgage, between Quicken Loans and Debtors, dated May 23, 2016 and recorded with the Bergen County Clerk on June 7, 2016, Instrument no. 16-042006, Book 02280, page 1274.

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-21040-VFP |
| Robert M Joyce | Chapter 13 |
| Stacie L Joyce | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 14, 2022 | Form ID: pdf903 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 16, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | Robert M Joyce, Stacie L Joyce, 0-132 Yerger Road, Fair Lawn, NJ 07410 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 16, 2022      Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 14, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor QUICKEN LOANS INC. dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Jeffrey W. Herrmann | on behalf of Joint Debtor Stacie L Joyce jwh@njlawfirm.com ap@njlawfirm.com;md@njlawfirm.com;r57289@notify.bestcase.com |
| Jeffrey W. Herrmann | on behalf of Debtor Robert M Joyce jwh@njlawfirm.com  ap@njlawfirm.com;md@njlawfirm.com;r57289@notify.bestcase.com |
| John R. Morton, Jr. | on behalf of Creditor Santander Consumer USA Inc.  d/b/a Chrysler Capital as servicer for CCAP Auto Lease Ltd. ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Rebecca Ann Solarz | on behalf of Creditor QUICKEN LOANS INC. rsolarz@kmllawgroup.com |
| U.S. Trustee | |

District/off: 0312-2 | User: admin | Page 2 of 2
Date Rcvd: Mar 14, 2022 | Form ID: pdf903 | Total Noticed: 1

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7