**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Robert M Joyce | Social Security number or ITIN   xxx–xx–0278 |
| | First Name   Middle Name   Last Name | EIN   __–_____ |
| Debtor 2 (Spouse, if filing) | Stacie L Joyce | Social Security number or ITIN   xxx–xx–6174 |
| | First Name   Middle Name   Last Name | EIN   __–_____ |

United States Bankruptcy Court   District of New Jersey

Case number:   19–21040–VFP

# Order of Discharge

12/18

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Robert M Joyce                                Stacie L Joyce

<u>7/10/24</u>                                                **By the court:** <u>Vincent F. Papalia</u>
                                                                                        United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-21040-VFP |
| Robert M Joyce | Chapter 13 |
| Stacie L Joyce | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 5 |
| Date Rcvd: Jul 10, 2024 | Form ID: 3180W | Total Noticed: 70 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ++++ | Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 12, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Robert M Joyce, Stacie L Joyce, 0-132 Yerger Road, Fair Lawn, NJ 07410-4649 |
| 518278429 | ++++ | ASPIRE/CB&T, 9 CORPORATE RIDGE PKWY, COLUMBUS GA 31907-3049 address filed with court:, Aspire/cb&t, 9 Mutec Dr, Columbus, GA 31907 |
| 518278426 | + | American Express, c/o Nationwide Credit, PO Box 14581, Des Moines, IA 50306-3581 |
| 518278427 | + | American Express, c/o GC Services, PO Box 46960, Saint Louis, MO 63146-6960 |
| 518278439 | + | El Cid Vacations Trust, PO Box 96058, Las Vegas, NV 89193-6058 |
| 518332116 | + | Navient Solutions, LLC. on behalf of, NJHEAA, PO BOX 548, Trenton, NJ 08625-0548 |
| 518278454 | + | Verizon, c/o North Shore Agency, PO Box 3002, Phoenixville, PA 19460-3002 |
| 518278456 | ++ | WELLS FARGO BANK NA, 1 HOME CAMPUS, MAC X2303-01A, DES MOINES IA 50328-0001 address filed with court:, Wells Fargo Bank, Attn: Bankruptcy Dept, Po Box 6429, Greenville, SC 29606 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 10 2024 20:52:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 10 2024 20:52:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: AISACG.COM | Jul 11 2024 00:34:00 | BMW Bank of North America, 4515 N Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| cr | + | EDI: AISACG.COM | Jul 11 2024 00:34:00 | Exeter Finance LLC, AIS Portfolio Services LLP, 4515 N Santa Fe Blvd, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: enotifications@santanderconsumerusa.com | Jul 10 2024 20:52:00 | Santander Consumer USA Inc., d/b/a Chrysler Capita, P.O. Box 961275, Fort Worth, TX 76161-0275 |
| cr | ^ | MEBN | Jul 10 2024 20:48:00 | Synchrony Bank, c/o PRA Recievables Management, LL, POB 41021, Norfolk, VA 23541-1021 |
| 518393461 | | EDI: GMACFS.COM | Jul 11 2024 00:34:00 | Ally Bank Lease Trust, PO Box 130424, Roseville MN 55113-0004 |
| 518278425 | + | Email/Text: ngisupport@radiusgs.com | Jul 10 2024 20:51:00 | American Express, c/o Radius Global Solutions, 500 Franklin Turnpike, Suite 200, Ramsey, NJ 07446-1178 |
| 518278428 | + | Email/PDF: bncnotices@becket-lee.com | Jul 10 2024 20:57:18 | American Express Legal, 500 N Franklin Tpk, PO |

Case 19-21040-VFP    Doc 63    Filed 07/12/24    Entered 07/13/24 00:20:22    Desc Imaged
Certificate of Notice    Page 4 of 7

| District/off: 0312-2 | User: admin | Page 2 of 5 |
| --- | --- | --- |
| Date Rcvd: Jul 10, 2024 | Form ID: 3180W | Total Noticed: 70 |

| Recipient ID | | Notice Method | Date/Time | Address |
| --- | --- | --- | --- | --- |
| | | | | Box 278, Ramsey, NJ 07446-0278 |
| 518307197 | | Email/PDF: bncnotices@becket-lee.com | Jul 10 2024 20:56:56 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518312037 | | Email/Text: notices@bkservicing.com | Jul 10 2024 20:52:00 | Daimler Trust, c/o BK Servicing, LLC, PO Box 131265, Roseville, MN 55113-0011 |
| 518290347 | + | EDI: AISACG.COM | Jul 11 2024 00:34:00 | BMW Bank of North America, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 518278432 | | EDI: BMW.COM | Jul 11 2024 00:34:00 | BMW Financial Services, PO Box 9001065, Louisville, KY 40290 |
| 518329926 | | EDI: BMW.COM | Jul 11 2024 00:34:00 | BMW Financial Services NA, LLC, P.O. Box 3608, Dublin, OH 43016 |
| 518278430 | + | EDI: BANKAMER | Jul 11 2024 00:34:00 | Bank Of America, Attn: Bankruptcy, Po Box 982238, El Paso, TX 79998-2238 |
| 518364039 | + | EDI: BANKAMER2 | Jul 11 2024 00:34:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 518278431 | + | EDI: TSYS2 | Jul 11 2024 00:34:00 | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 518302695 | + | Email/Text: enotifications@santanderconsumerusa.com | Jul 10 2024 20:52:00 | CCAP Auto Lease Ltd., P.O. BOX 961275, FORT WORTH, TX 76161-0275 |
| 518278433 | + | EDI: CAPITALONE.COM | Jul 11 2024 00:34:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518297248 | + | EDI: AIS.COM | Jul 11 2024 00:40:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518278434 | + | Email/Text: BAN1418@UCBINC.COM | Jul 10 2024 20:51:00 | Chase Bank, c/o United Collection Bureau, PO Box 1418, Maumee, OH 43537-8418 |
| 518278436 | + | EDI: WFNNB.COM | Jul 11 2024 00:34:00 | Comenity Bank/Lane Bryant, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 518278455 | | EDI: CITICORP | Jul 11 2024 00:34:00 | Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 518397441 | | EDI: Q3G.COM | Jul 11 2024 00:34:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 518290116 | | EDI: DISCOVER | Jul 11 2024 00:34:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 518278437 | + | EDI: DISCOVER | Jul 11 2024 00:34:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 518278438 | + | Email/Text: bankruptcynotification@montereyfinancial.com | Jul 10 2024 20:51:00 | El Cid Vacations Club, c/o Monterey Collections, 4095 Avenida De La Plata, Oceanside, CA 92056-5802 |
| 519164505 | + | EDI: AISACG.COM | Jul 11 2024 00:34:00 | Exeter Finance LLC, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 518278440 | | EDI: IRS.COM | Jul 11 2024 00:34:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518278435 | | EDI: JPMORGANCHASE | Jul 11 2024 00:34:00 | Chase Card Services, Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 518318277 | + | Email/Text: RASEBN@raslg.com | Jul 10 2024 20:51:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 518324849 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jul 10 2024 20:51:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., JPMC, c/o National Bankruptcy |

| Case 19-21040-VFP | Doc 63 | Filed 07/12/24 | Entered 07/13/24 00:20:22 | Desc Imaged |
|---|---|---|---|---|
| | | Certificate of Notice | Page 5 of 7 | |

| District/off: 0312-2 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Jul 10, 2024 | Form ID: 3180W | Total Noticed: 70 |

| | | | | |
|---|---|---|---|---|
| | | | | Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 518896634 | | Email/Text: legaldivision@kheaa.com | Jul 10 2024 20:51:00 | KHEAA, P.O. BOX 798, FRANKFORT KY 40602-0798 |
| 518896635 | | Email/Text: legaldivision@kheaa.com | Jul 10 2024 20:51:00 | KHEAA, P.O. BOX 798, FRANKFORT KY 40602-0798, KHEAA, P.O. BOX 798, FRANKFORT KY 40602-0798 |
| 518278442 | + | Email/Text: hcouto@v-k-i.net | Jul 10 2024 20:51:00 | LVNV Funding LLC, c/o Valentine & Kebartas, LLC, PO Box 325, Lawrence, MA 01842-0625 |
| 518317924 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 10 2024 20:57:26 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520301742 | + | EDI: LENDNGCLUB | Jul 11 2024 00:34:00 | Lending Club Corporation, Dept #34268, PO Box 39000, San Francisco, CA 94139-0001 |
| 518278441 | + | EDI: LENDNGCLUB | Jul 11 2024 00:34:00 | LendingClub, Attn: Bankruptcy, 71 Stevenson St, Ste 1000, San Francisco, CA 94105-2967 |
| 518394921 | + | EDI: LENDNGCLUB | Jul 11 2024 00:34:00 | LendingClub Corporation, 595 Market St, Suite 200, San Francisco, CA 94105-2802 |
| 518278443 | + | Email/Text: correspondence@credit-control.com | Jul 10 2024 20:51:00 | Macy's, c/o Credit Control LLC, PO Box 31179, Tampa, FL 33631-3179 |
| 518278444 | + | EDI: MERCEDES | Jul 11 2024 00:34:00 | Mercedes-Benz Financial Services, Po Box 685, Roanoke, TX 76262-0685 |
| 518278445 | + | EDI: NAVIENTFKASMSERV.COM | Jul 11 2024 00:34:00 | Navient, Attn: Bankruptcy, Po Box 9000, Wiles-Barr, PA 18773-9000 |
| 518391274 | | EDI: PRA.COM | Jul 11 2024 00:34:00 | Portfolio Recovery Associates, LLC, c/o Jetblue Plus Card, POB 41067, Norfolk VA 23541 |
| 518400144 | | EDI: PRA.COM | Jul 11 2024 00:34:00 | Portfolio Recovery Associates, LLC, c/o Paypal Extras Mastercard, POB 41067, Norfolk VA 23541 |
| 518278446 | + | Email/Text: bankruptcyteam@quickenloans.com | Jul 10 2024 20:52:00 | Quicken Loans, 662 Woodward Avenue, Detroit, MI 48226-3433 |
| 518313850 | + | Email/Text: bankruptcyteam@quickenloans.com | Jul 10 2024 20:52:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 518382022 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 10 2024 21:08:28 | SOFI LENDING CORP, C/O Resurgent Cap, PO BOX 10587, Greenville, SC 29603-0587 |
| 518309794 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jul 10 2024 20:51:00 | State of New Jersey, Division of Taxation, Bankruptcy Department, 50 Barrack Street, 9th Floor, PO Box 245, Trenton, NJ 08695 |
| 518278447 | + | Email/Text: enotifications@santanderconsumerusa.com | Jul 10 2024 20:52:00 | Santander Consumer USA, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 518278448 | + | Email/PDF: SoFiBKNotifications@resurgent.com | Jul 10 2024 20:57:17 | Sofi Lending Corp, Attn: Bankruptcy, 375 Healdsburg Avenue Suite 280, Healdsburg, CA 95448-4151 |
| 518278449 | ^ | MEBN | Jul 10 2024 20:47:11 | Synchrony Bank, c/o FMS Inc., PO Box 707600, Tulsa, OK 74170-7600 |
| 518278984 | ^ | MEBN | Jul 10 2024 20:48:01 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518278450 | + | EDI: SYNC | Jul 11 2024 00:34:00 | Synchrony Bank/Gap, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 518278451 | + | EDI: SYNC | Jul 11 2024 00:34:00 | Synchrony Bank/PC Richards & Sons, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 518336013 | + | Email/Text: bncmail@w-legal.com | Jul 10 2024 20:52:00 | TD Bank USA, N.A., C O WEINSTEIN & |

| District/off: 0312-2 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Jul 10, 2024 | Form ID: 3180W | Total Noticed: 70 |

| | | | | |
|---|---|---|---|---|
| | | | | RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 518278452 | + | EDI: WTRRNBANK.COM | Jul 11 2024 00:34:00 | Tnb-Visa (TV) / Target, C/O Financial & Retail Services, Mailstop BV PO Box 9475, Minneapolis, MN 55440-9475 |
| 518373299 | + | EDI: AIS.COM | Jul 11 2024 00:40:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518278453 | + | EDI: CONVERGENT.COM | Jul 11 2024 00:34:00 | Verizon, c/o Convergent, PO Box 9004, Renton, WA 98057-9004 |
| 518310070 | + | EDI: WFFC2 | Jul 11 2024 00:34:00 | Wells Fargo Bank, N.A., Small Business Lending Division, P.O. Box 29482, Phoenix, AZ 85038-9482 |
| 518366288 | | EDI: WFFC2 | Jul 11 2024 00:34:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 518375500 | | EDI: WFFC2 | Jul 11 2024 00:34:00 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 518278457 | + | EDI: WFFC2 | Jul 11 2024 00:34:00 | Wells Fargo/Bob's Discount Furniture, Attn: Bankruptcy, Po Box 10438, Des Moines, IA 50306-0438 |

TOTAL: 62

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 12, 2024    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 10, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor QUICKEN LOANS INC. dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jeffrey W. Herrmann | on behalf of Joint Debtor Stacie L Joyce jwh@njlawfirm.com ap@njlawfirm.com;md@njlawfirm.com;r57289@notify.bestcase.com |
| Jeffrey W. Herrmann | on behalf of Debtor Robert M Joyce jwh@njlawfirm.com ap@njlawfirm.com;md@njlawfirm.com;r57289@notify.bestcase.com |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 5 of 5 |
| Date Rcvd: Jul 10, 2024 | Form ID: 3180W | Total Noticed: 70 |

| | |
|---|---|
| John R. Morton, Jr. | on behalf of Creditor Santander Consumer USA Inc.  d/b/a Chrysler Capital as servicer for CCAP Auto Lease Ltd. ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7